IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARITY BROWN, MICHAEL BROWN, and MICHAELA BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3268 |
| v. | ) ) ) | |
| STATE OF NEBRASKA, The, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on its own motion. It appears the plaintiffs have overpaid their filing fee. Under 28 U.S.C. § 1914(a), the fee for filing a writ of habeas corpus is $5.00. The plaintiffs erroneously paid a filing fee of $350.00. Plaintiffs are entitled to a refund of the overpayment. Accordingly, the court finds plaintiffs should be refunded the amount of $345.00.

THEREFORE, IT IS ORDERED that the Clerk of Court is directed to reimburse the plaintiffs the amount of $345.00.

Dated this 7th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge